FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2026 JUN 22 PM02 57

CAROL L. MICHEL, CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# FELONY

**INDICTMENT FOR WIRE FRAUD**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 26-156 |
| **v.** | * | **SECTION:** SECT.JMAG.4 |
| **MOHAMMED HAMED** | * | **VIOLATION: 18 U.S.C. § 1343** |

\* \* \*

The Grand Jury charges that:

## COUNT 1

**A.** **AT ALL TIMES MATERIAL HEREIN:**

1. The defendant, **MOHAMMED HAMED** ("HAMED"), is a resident of Harvey, Louisiana, within the Eastern District of Louisiana.

2. Asad Exclusive, LLC, is a Limited Liability Company registered with the Louisiana Secretary of State.

3. The address associated with both **HAMED** and Assad Exclusive, LLC, is 2201 Manhattan Boulevard, Apartment 204D, Harvey, Louisiana 70058, within the Eastern District of Louisiana.

✓ Fee US A
___ Process_____
X Dkt_____
___ CtRmDep_____
___ Doc.No._____

4.    **HAMED** is the sole registered agent and officer of Assad Exclusive, LLC. **HAMED** controlled a checking account in the name of Asad Exclusive, LLC, held at Gulf Coast Bank and Trust, bearing account number x1728.

5.    **HAMED** controlled a checking account in his name, held at Gulf Coast Bank and Trust, bearing account number x1333.

## The PACT Act

6.    Under the PACT Act, 15 U.S.C. § 376 (a) (2), any person who ships cigarettes or smokeless tobacco in interstate commerce into jurisdictions that tax the sale or use of those products, must file monthly reports with the tobacco tax administrators of each state and/or locality into which one or more shipments of cigarettes or smokeless tobacco were made during the previous calendar month.  States use these reports to collect taxes owed on tobacco products.

7.    Under the PACT Act, the term "consumer" means any person who purchases cigarettes (including Electronic Nicotine Delivery Systems, "ENDS") or smokeless tobacco and does not include a person who is lawfully operating as a manufacturer, distributor, wholesaler, or retailer of tobacco products and ENDS. If a wholesaler/retailer purchases tobacco products/ENDS remotely and does not comply with applicable State laws, including paying applicable taxes, properly keeping records, or buying from licensed state wholesalers, the wholesaler/retailer is deemed to be a "consumer" and the sale is considered a "delivery sale" under the PACT Act per 15 U.S.C. §375 (5). A distributor making a delivery sale has to comply with all Louisiana State and local laws involving excise taxes, licensing requirements, and other restrictions as if the entire transaction had occurred in Louisiana.  Thus, the distributor would have to acquire required Louisiana licenses and only sell tobacco products/ENDS on which applicable Louisiana taxes had been paid.

**B.    THE SCHEME AND ARTIFICE TO DEFRAUD:**

Beginning at a time unknown, but not later than on or around January 1, 2024, and continuing until at least on or about June 10, 2026, in the Eastern District of Louisiana and elsewhere, the defendant, **MOHAMMED HAMED**, did knowingly devise and intend to devise a scheme and artifice to defraud the State of Louisiana of tax revenue due for the sale of the tobacco products.

**C.    MANNER AND MEANS:**

It was part of the scheme and artifice to defraud that **MOHAMMED HAMED** knowingly and willfully devised and intended to devise a scheme and artifice to defraud the State of Louisiana of tax revenue owed and due by obtaining and illegally selling tobacco products, specifically Electronic Nicotine Delivery Systems (ENDS) in the State of Louisiana and failing to pay the taxes due to the State of Louisiana.

It was further part of the scheme and artifice to defraud that:

1.    Louisiana law mandates that retailers purchase ENDS only from licensed distributors and only sell ENDS on which all applicable taxes have been paid.

2.    Louisiana taxes all ENDS and vapor products that contain nicotine at a rate of $0.15 per milliliter and requires the wholesale dealer of first receipt to file and pay excise taxes each month. Louisiana defines "vapor products" as any electronic cigarette, electronic cigar, electronic cigarillo, electronic pipe, or similar product or device, and any vapor cartridge or other container of nicotine in a solution or other form that is intended to be used with or in an electronic cigarette, electronic cigar, electronic cigarillo, electronic pipe, or similar product or device. The term ENDS refers to any electronic device that, through an aerosolized solution, delivers nicotine, flavor, or any other substance to the user inhaling from the device. Additionally, ENDS include any

component, liquid, part, or accessory of such a device regardless of whether that component, liquid, part, or accessory is sold separately from the device.

3.      Neither **HAMED** nor Asad Exclusive, LLC, is licensed to sell tobacco products or ENDS in the state of Louisiana and has not filed any PACT Act reports nor paid any tobacco excise taxes.

4.      **HAMED**'s banking account records list "SELF EMPLOYED WHOLESALE OF ECIGS" under the section for "Employer's Name & Address."

5.      SAFA Goods, LLC, is a wholesale distributor of ENDS and other related products in Punta Gorda (previously Port Charlotte), Florida.

6.      In 2022 and 2023, **HAMED** ordered large quantities of ENDS from SAFA. During this time, the transactional pattern showed an order being placed by **HAMED**, a payment to SAFA from **HAMED**, and a shipment from SAFA to **HAMED** in Louisiana.

7.      Through a query of databases maintained by the Louisiana Office of Alcohol and Tobacco  Control ("ATC"), the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") determined that while SAFA was previously licensed as a wholesale dealer and registered to pay tobacco excise taxes in Louisiana, its license expired on 12/31/2023.

8.      Records show that SAFA filed monthly tobacco excise tax returns with the Louisiana Department of Revenue from June 2021 through June 2024, when it ceased filing those reports. However, **HAMED**'s bank accounts show that **HAMED** continued to wire large sums of money to SAFA, even after SAFA ceased filing tobacco excise tax returns.

9.      SAFA Goods's website was previously observed to list categories of: Disposables, Nicotine Pouches, Vape Shop, Smoke Shop, and Store Supplies and stated that sales are "Business-to-Business Sales Only."

10.    A review of **HAMED**'s bank records show that between July 1, 2024, and December 9, 2024, **HAMED** transferred $1,158,260.25 to SAFA Goods.

11.    Inspection documents provided to ATF by SAFA Goods during a PACT Act Inspection showed that on July 16, 2024, and on July 17, 2024, orders were prepared by SAFA Goods for pick up for "Assad Enterprises" with an e-mail address of mohammadhamed609@icloud.com and phone number 504-333-3130. The associated address was listed as 3300 N. Pace Boulevard, Suite 2, Pensacola, Florida 32505, and the shipment included products from the company Raz and Lost Mary; both are ENDS products that are not FDA approved.

12.    **HAMED**'s bank records show that between September 9, 2024, and April 8, 2025, **HAMED** transferred $334,653.06 to AGX2, LLC, in Pensacola, Florida.  Florida Secretary of State information lists AGX2, LLC's, principal address as 3300 N Pace Boulevard, Suite 2, Pensacola, Florida 32505. An internet query reveals that the business American Eagle Wholesale is also associated with this address. American Eagle Wholesale states on its Facebook profile: "Private wholesale for business owners only" and "Account membership required" bring your tobacco licen" [sic].

13.    **HAMED**'s bank records show that between December 5, 2024, and March 26, 2025, **HAMED** transferred $110,313.00 to D&A Distribution, LLC, in Savannah, Georgia. D&A Distribution website at strictlyecig.com was previously observed to state: "These products contain nicotine. Nicotine is an addictive chemical," and "We are a B2B wholesaler. All new accounts must submit valid business documentation, including appropriate tobacco or vapor product licenses, and proof of compliance with your jurisdiction's regulations."

14. On August 13, 2024, an order was prepared by SAFA Goods for "Assad Enterprises" with an e-mail address of adam1@safagoods.com and phone number 504-333-3130. The associated address was 500 Industrial Mile Road, Colombus, Ohio 43228, and the shipment included "Raz" branded ENDS products, that are not FDA approved.

15. **HAMED's** bank records show that **HAMED** sent seven (7) wires to Leaf Distro in Tampa, Florida, between November 22, 2024, and June 20, 2025, totaling $173,124. The owner of SAFA Goods is listed as a registered agent for Leaf Distro. **HAMED** also sent two (2) wires to Leaf of Vape, LLC, in Tampa, Florida on November 19, 2024, and July 16, 2025, totaling $11,452. Leaf of Vape lists the same address as Leaf Distro.

16. **HAMED** alternated wiring money to SAFA and AGX2 while using AGX2 as an apparent "middleman" for the shipments and orders.

17. **HAMED's** bank records for Asad Exclusive, LLC, showed a large quantity of checks deposited from various vape shops in Louisiana and other states.

18. During an inspection of Retail Location A in Louisiana, ATC located a printed invoice showing Raz, Geek Bar, and PYNE Pods ENDS products; all products that are illegal for sale in Louisiana under applicable State laws. The invoice was labeled "Asad Exclusive" with dates, monetary amounts, and "paid" written next to these amounts.

19. These amounts and dates coincided with checks deposited into **HAMED's** bank account. Several checks from this retailer had the word "vapes" written on the memo line.

20. During an inspection of Retail Location B in Louisiana, ATC located a printed invoice showing Geek Bar, Lost Mary, and Raz ENDS products; all products that are illegal for sale in Louisiana under applicable State laws. The invoice was marked as "paid" with a monetary amount and a four-digit number was written under the paid stamp. A review of checks deposited

into **HAMED's** account show a check matching the monetary amount with a check number that matched the four-digit number on the invoice.

21.    During an inspection of Retail Location C in Louisiana, ATC located a printed invoice showing Raz products, which are illegal for sale in Louisiana under applicable State laws. The invoice showed "ASAD" at the top. A review of **HAMED's** bank accounts showed multiple checks from Retail Location C to **HAMED**.

22.    **HAMED's** iCloud account showed an invoice for ENDS from July 2024 to the owner of Retail Location D, located in Lafayette, Louisiana. A review of **HAMED's** bank accounts showed multiple checks from Retail Location D to **HAMED** from July 2024 to September 2024.

## D.    THE OFFENSE:

Beginning at a time unknown, but not later than on or January 1, 2024, and continuing until at least on or about June 10, 2026, in the Eastern District of Louisiana and elsewhere, the defendant, **MOHAMMED HAMED**, for the purpose of executing and attempting to execute the scheme and artifice to defraud set forth above, did transmit and cause to be transmitted, by means of wire communications in interstate commerce, certain writings, signs, signals, pictures, and sounds, to wit:

| Date | Wholesale Price | Paid | Wired Payments | |
| --- | --- | --- | --- | --- |
| | | | Wire Date | Wire Amt |
| 4/12/2024 | 119,450.00 | Safa | 4/17/2024 | 25,500.00 |
| 4/17/2024 | 62,650.00 | Safa | 4/19/2024 | 60,150.00 |
| 4/26/2024 | 80,600.00 | Safa | 4/25/2024 | 41,900.00 |
| 4/26/2024 | 12,750.00 | Safa | 4/26/2024 | 25,075.00 |
| 5/3/2024 | 77,550.00 | Safa | 5/1/2024 | 49,988.00 |
| 5/9/2024 | 43,500.00 | Safa | 5/8/2024 | 24,475.00 |
| 5/16/2024 | 107,250.00 | Safa | 5/14/2024 | 30,010.00 |
| 5/28/2024 | 25,350.00 | Safa | 5/29/2024 | 46,010.00 |
| 5/28/2024 | 34,075.00 | Safa | 6/6/2024 | 37,500.00 |
| 6/5/2024 | 85,500.00 | Safa | 6/7/2024 | 25,500.00 |

| Date | Wholesale Price | Paid | Wired Payments | |
| --- | --- | --- | --- | --- |
| | | | Wire Date | Wire Amt |
| 6/13/2024 | 29,250.00 | Safa | 6/11/2024 | 20,100.00 |
| 6/17/2024 | 68,737.50 | Safa | 6/13/2024 | 36,011.00 |
| 6/19/2024 | 18,000.00 | Safa | 6/14/2024 | 35,375.00 |
| 6/25/2024 | 28,625.00 | Safa | 6/18/2024 | 41,600.00 |
| 6/28/2024 | 25,050.00 | Safa | 6/21/2024 | 52,650.00 |
| 7/3/2024 | 54,500.00 | Safa | 7/1/2024 | 52,650.00 |
| 7/11/2024 | 41,125.00 | Safa | 7/3/2024 | 44,625.00 |
| 7/11/2024 | 13,600.00 | Safa | 7/11/2024 | 57,150.00 |
| 7/15/2024 | 43,525.00 | Safa | 7/12/2024 | 46,800.00 |
| 7/22/2024 | 18,200.00 | Safa | 7/23/2024 | 22,500.00 |
| 7/24/2024 | 38,850.00 | Safa | 7/26/2024 | 42,200.00 |
| 7/31/2024 | 42,750.00 | Safa | 7/31/2024 | 61,150.00 |
| 8/6/2024 | 58,525.00 | Safa | 8/6/2024 | 46,250.00 |
| 8/12/2024 | 35,400.00 | Safa | 8/13/2024 | 56,075.00 |
| 8/14/2024 | 46,525.00 | Safa | 8/14/2024 | 20,875.00 |
| 8/26/2024 | 19,050.00 | Safa | 8/20/2024 | 22,425.00 |
| 8/26/2024 | 10,075.00 | Safa | 8/21/2024 | 38,250.00 |
| 8/27/2024 | 48,275.00 | Safa | 8/23/2024 | 14,100.00 |
| 8/28/2024 | 3,625.00 | Safa | 8/27/2024 | 47,025.00 |
| 8/29/2024 | 37,575.00 | Safa | 8/30/2024 | 15,300.00 |
| 9/9/2024 | 37,275.00 | Safa | 9/4/2024 | 57,950.00 |
| 9/9/2024 | 5,325.00 | Safa | 9/5/2024 | 32,000.00 |
| 9/9/2024 | 28,400.00 | AGX2 | 9/9/2024 | 48,120.00 |
| 9/16/2024 | 44,725.00 | Safa | 9/10/2024 | 35,975.00 |
| 9/19/2024 | 56,975.00 | Safa | 9/17/2024 | 65,300.00 |
| 9/23/2024 | 32,625.00 | Safa | 9/19/2024 | 35,675.00 |
| 9/25/2024 | 9,450.00 | Safa | 9/27/2024 | 31,000.00 |
| 10/1/2024 | 41,400.00 | Safa | 10/1/2024 | 30,950.00 |
| 10/7/2024 | 39,450.00 | AGX2 | 10/8/2024 | 40,000.00 |
| 10/7/2024 | 1,350.00 | Safa | 10/11/2024 | 45,475.00 |
| 10/11/2024 | 55,050.00 | Safa | 10/18/2024 | 20,000.00 |
| 10/18/2024 | 35,775.00 | Safa | 10/23/2024 | 54,375.00 |
| 10/28/2024 | 51,600.00 | Safa | 10/30/2024 | 19,585.00 |
| 10/31/2024 | 31,550.00 | Safa | 11/4/2024 | 20,000.00 |
| 11/6/2024 | 50,325.00 | Safa | 11/8/2024 | 50,850.00 |
| 11/27/2024 | 2,625.00 | AGX2 | 12/2/2024 | 37,801.00 |
| 12/6/2024 | 112,950.00 | Safa | 12/9/2024 | 9,225.00 |
| 1/8/2025 | 37,275.00 | AGX2 | 1/7/2025 | 30,004.57 |
| 1/22/2025 | 28,650.00 | AGX2 | 1/23/2025 | 11,495.49 |
| 1/29/2025 | 88,125.00 | AGX2 | 1/27/2025 | 33,265.00 |
| 2/5/2025 | 17,850.00 | AGX2 | 2/7/2025 | 20,000.00 |
| 3/4/2025 | 24,375.00 | AGX2 | 2/27/2025 | 37,150.00 |

| Date | Wholesale Price | Paid | Wired Payments | |
| --- | --- | --- | --- | --- |
| | | | Wire Date | Wire Amt |
| 3/12/2025 | 15,417.50 | AGX2 | 3/11/2025 | 37,150.00 |
| **TOTAL:** | **2,178,480.00** | | **TOTAL:** | **1,942,565.06** |

in violation of Title 18, United States Code, Sections 1343 and 2.

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **MOHAMMED HAMED**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a), any property, real or personal, involved in said offense, and any property traceable to such property, including but not limited to:

> $10,776.57 seized from personal account no. xxxxx1333;
>
> $30,626.15 seized from account no. xxxxx1728, held under Asad Exclusive LLC.

3. If any of the above-described property, as a result of any act or omission of the defendant:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third person;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be subdivided without difficulty;

9

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

DAVID I. COURCELLE
UNITED STATES ATTORNEY

GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll Number 20896

New Orleans, Louisiana
June 22, 2026

# UNITED STATES DISTRICT COURT

Eastern ___ *District of* ___ Louisiana ___
___ Criminal ___ *Division*

## THE UNITED STATES OF AMERICA

vs.

## MOHAMMED HAMED

# INDICTMENT

**INDICTMENT FOR VIOLATIONS OF THE
FEDERAL GUN CONTROL ACT AND
THE FEDERAL CONTROLLED SUBSTANCES ACT**

**VIOLATIONS:**        18 U.S.C. § 1343



*A true bill.*

_____

*Filed in open court this* _____ *day of* ____
_____ *A.D. 2026.*

_____
*Clerk*

*Bail, $* _____

_____

**GREGORY M. KENNEDY**
**Assistant United States Attorney**

Case 2:26-cr-00156-CJB-KWR   Document 9   Filed 06/22/26   Page 11 of 11